**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Kenneth Lee Brown, Appellant.

Appellate Case No. 2020-000086

———————

Appeal From Spartanburg County
R. Keith Kelly, Circuit Court Judge

———————

Unpublished Opinion No. 2022-UP-038
Submitted January 1, 2022 – Filed February 2, 2022

———————

**APPEAL DISMISSED**

———————

Appellate Defender Lara Mary Caudy, of Columbia, and
Kenneth L. Brown, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Melody Jane Brown,
both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and
review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to
be relieved is granted.

**APPEAL DISMISSED.**[1]

**KONDUROS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.